01-15-00833-CR

# CHRIS DANIEL

### HARRIS COUNTY DISTRICT CLERK

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
10/1/2015 10:02:03 AM
CHRISTOPHER A. PRINE
Clerk

September 30, 2015

MICAH BURNETT, PRO SE
SPN #02278861
701 N. SAN JACINTO
HOUSTON, TEXAS 77002

Defendant's Name:  MICAH D. BURNETT

Cause No: 1434600

Court: 180TH

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal Filed Date:** 09/03/2015
**Sentence Imposed Date:** 07/30/2015
**Court of Appeals Assignment:** First Court of Appeals
**Appeal Attorney of Record:** PRO SE

Sincerely,

/s/ N. Salinas
Criminal Post Trial Deputy

CC:  Devon Anderson
     District Attorney
     Appellate Division
     Harris County, Texas

This is your notice to inform any and all substitute reporters in this cause.

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

1201 Franklin  P.O. Box 4651  Houston, Texas  77210-4651

Cause No. 1250196, 1434600

| | |
|---|---|
| Micah Burnett, Pro Se | In District Court |
| | Harris County Texas |
| Vs | 180th Judicial District |
| The State of Texas | |

FILED
CHRIS DANIEL
DISTRICT CLERK
HARRIS COUNTY, TEXAS
2015 SEP -3 AM 10:55

## Notice of Appeal

To The Honorable Judge of Said Court:

Comes Now Micah Burnett, Defendant in the Above styled and numbered cause and, Pursuant to Rule 40(b) of the Texas Rules of Appellate Procedure, files this notice of Appeal within Thirty (30) days time Period the day of Sentence.

The Defendant has been granted Permission to Appeal this case by the Trial Court through the Honorable Judge Catherine Evans on the 30th day of July, 201 the day of Sentence imposed

Respectfully Submitted

Micah Burnett

Micah Burnett, Pro Se

02278861, 501

701 N. San Jacinto

Houston, Tx 77002



Cause No. **1434600**

THE STATE OF TEXAS

IN THE 180TH DISTRICT COURT

v.

**Micah Burnett**, Defendant

HARRIS COUNTY, TEXAS

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

☐ is not a plea-bargain case, and the defendant has the right of appeal. [*or*]

☐ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal. [*or*]

☐ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [*or*]

☒ is a plea-bargain case, and the defendant has NO right of appeal. [*or*]

☐ the defendant has waived the right of appeal.

_____
Judge

**JUL 0 9 2015**
_____
Date Signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals' judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition of discretionary review in the court of appeals. TEX. R. APP. P. 68.2. I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

_____
Defendant

**FILED**
Chris Daniel
District Clerk

JUL 0 9 2015

Time:
Harris County, Texas

By_____
Deputy

Mailing Address: _____

Telephone number: _____

Fax number (if any): _____

_____
Defendant's Counsel

State Bar of Texas ID number: **00787777**

Mailing Address: **55 Waugh Dr #405**

Telephone number: **(713) 779.0800**

Fax number: **(713) 869.7055**

*"A defendant in a criminal case has the right of appeal under these rules  The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order  In a plea bargain case-that is, a case in which a defendant's plea was guilty or *nolo contendere* and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant – a defendant may appeal only (A) those matters that were raised by a written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RUELS OF APPELLATE PROCEDURE 25.2(a)(2)

# APPEAL CARD

Due: 9-28-15    1st

Court 180    Cause No. 1434600

## The State of Texas

## Vs

Micah Burnett

Date Notice 7-30-15
Of Appeal: 9-3-15

Presentation:    Vol._____ Pg._____

Judgment:    Vol._____ Pg._____

Judge Presiding Brian Rains
Court Reporter NA
Court Reporter_____
Court Reporter_____

Attorney on Trail PLEA Stanly-Broussard

Attorney on Appeal Pro-se

Appointed_____ Hired_____

Offense Agg-Robbery /DW

Jury Trail:    Yes_____ No ✓

Punishment Assessed 18 years TDCJ-ID

Companion Cases (If Known) 1250296

Amount of Appeal Bond NA

Appellant Confined:    Yes ✓ No_____

Date Submitted To Appeal Section_____

Deputy Clerk _____

997